Minnie WILLIAMS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27881.

Court of Criminal Appeals of Texas.

Dec. 7, 1955.

Howard J. ELDREDGE, Appellant,

v.

The STATE of Texas, Appellee.

No. 27707.

Court of Criminal Appeals of Texas.

Nov. 2, 1955.

Rehearing Denied Dec. 14, 1955.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Upon her plea of guilty before the court, appellant was convicted of the offense of unlawfully selling whisky in a dry area on two separate counts, on each of which her punishment was assessed at a fine of $200, totaling $400.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular, and nothing is presented for review.

The judgment is affirmed.